UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | : |
| Plaintiff | : |
| v. | : Civil Action No. _____ |
| FREEDOM ENERGY MINING COMPANY & SIDNEY COAL COMPANY, INC., d/b/a FREEDOM ENERGY COAL COMPANY | : |
| Defendants | : |

## DECLARATION OF DANNY R. DEEL

1. I, Danny R. Deel, am employed as Field Office Supervisor for the Federal Mine Safety and Health Administration in Pikeville, Kentucky.

2. For 28 years, I worked at Virginia Pocahontas Mine #3 for Island Creek Coal Company in various positions, including Section Foreman, General Foreman and Assistant General Mine Foreman. I served on the mine rescue team at Island Creek for 26 years and for a number of those years I was team captain and/or trainer. Our team won the national mine rescue championship in 1995. I am currently certified as an instructor for underground and surface mining and mine rescue. I have held certifications as a mine foreman in Virginia and as an advance EMT.

3. I began work with MSHA in 1999 and have worked as an Inspector, Conference and Litigation Representative, and Supervisor. I have served as acting Assistant District Manager from time to time as needed.

3. I began work with MSHA in 1999 and have worked as an Inspector, Conference and Litigation Representative, and Supervisor. I have served as acting Assistant District Manager from time to time as needed.

4. I have assisted in number of mine emergency and critical recovery efforts while serving on the mine rescue team including recovery of the Oakwood mine after an explosion. I have assisted fighting eight to ten mine fires, and the opening and recovery of previously sealed areas at Island Creek.

5. Freedom Energy Mine No. 1 liberates a high amount of methane. Methane is a colorless, odorless gas that, when mixed with the right amount of oxygen, will explode or burn when ignited. The explosive or flammable range of a gas such as methane is the range of concentration at which the gas will burn if an ignition source is introduced. The gas will not burn in lower concentrations because it is too lean, and above the explosive limit the mixture is too rich depending on other gases present. Methane is still dangerous in high amounts because methane rich atmospheres displace oxygen to levels that affect life functions. In addition, if oxygen is added back into the rich mixture, the saturation level of the methane will lower into the explosive range. The explosive range for methane is five to fifteen percent, and the most volatile mixture is at approximately 10 per cent methane and 20 per cent oxygen.

6. In 2009, I accompanied an Inspector to Freedom Energy Mine No. 1 and personally observed mining conditions underground. In 2010, I served as Assistant District Manager for Enforcement for District 6. While in this position, I regularly reviewed inspection activities at Freedom Energy Mine No. 1. Occasionally, I met with Freedom Energy Mine No. 1 company officials concerning problems with compliance and I made a visit to Mine No. 1 with the Acting District Manager. Because of my positions at MSHA and my mining experience, I

am familiar with the mining conditions at various mines in our region including mines of comparable size to the Freedom Energy Mine No. 1.

7       Based on my employment history, my training, my current position and my personal observations concerning violations at Freedom Energy Mine No. 1, I believe that this mine has a history of recurrent violations of mandatory standards relating to coal accumulations, roof control hazards, electrical equipment violations, and ventilation violations.

8.      MSHA regularly finds violations of the same or similar nature in the areas of roof control, ventilation, coal dust accumulations, and electrical equipment maintenance. Freedom Energy Mine No. 1 is very large. It has a high methane liberation rate and the roof in the mine has a history of draw rock and roof falls. Based on my work in the coal industry and my experience while at MSHA, I believe that hazardous conditions occur at Freedom Energy Mine No. 1 at times when MSHA inspectors are not present. For example, in 2009, I witnessed coal accumulations on the belt line that had been obviously scraped down. In my opinion, the operator cleaned up just enough to keep the coal from touching the rollers and avoid a significant & substantial ("S&S") violation. All of the conditions regularly cited by MSHA at Freedom Energy are of the type that result in fatal accidents (roof falls) or major mine disasters (mine fire or explosion). For instance MSHA finds thousands of feet of loose coal and float coal dust in the mine in areas outside of the working sections. Float coal dust, when raised into the air, is highly volatile. If an explosion occurs, the float coal dust in the area will cause the explosion to generate much more energy than an explosion without coal dust.

9. During the past 2 years, 19 roof or rib falls occurred at Freedom Energy Mine No. 1. From January 1, 2000, through December 31, 2008, 53 fatalities resulted from accidents in which individuals were struck by falling roof rock or rib in coal mines nationwide. A number

of miners suffered lost workdays or permanently disabling injuries as a result of falling draw rock. The most recent falls were of a size that has historically resulted in death. The roof conditions cited at this mine are not limited to one area. Everyone working at the mine is subjected to potential roof failure on a constant basis.

10.  Based on my experience in mine rescue, I believe that Freedom Energy Mine No. 1 presents a high risk of danger to those working there. The operator has not demonstrated that it is attempting to achieve compliance on a daily basis. The types of hazards presented in this mine, when allowed to exist without correction, have historically led to accidents involving lost workdays, permanent disability or death for the miners involved. Some have resulted in major mine disasters killing a number of persons working underground.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I have read the forgoing statement, and it is true and correct.

Dated this _2nd_ day of _November_, 2010.

DANNY R. DEEL
Field Office Supervisor
Mine Safety and Health Administration
United States Department of Labor
Pikeville, Kentucky