UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

FREEDOM ENERGY MINING COMPANY
and
SIDNEY COAL COMPANY, INC. d/b/a
FREEDOM ENERGY MINING COMPANY,

    Defendants.

Civil Action No. _____

## DECLARATION OF DARRELL HURLEY

1. I am employed by the Federal Mine Safety and Heath Administration (MSHA) as a roof control specialist. I have been employed by MSHA since November 1999. I have also worked for MSHA as a coal mine inspector and health specialist. I am also a trained accident investigator.

2. I have been working in the coal industry since November 1970. My employment history is as follows:

**Eastern Coal Corporation**

    11/20/1970 Rod Man Engineering Dept. Lab Analysis
    03/29/1972 General Inside / Shuttle Car
    12/03/1973 Salary Foreman Trainee
    02/18/1974 Section Foreman
    06/14/1976 Mine Foreman
    06/25/1979 to 02/1993 Superintendent

**Apex Minerals Inc.**

    02/1993 to 01/1998 Superintendent

**Road Fork Development**

01/1998 to 09/1998 Mine Foreman

**Twin Star Mining Corporation**

09/1997 to 11/1999 Superintendent

3.  I am certified by the state of Kentucky as a Certified Assistant Mine Foreman, Certified Mine Foreman, Certified Surface Mine Foreman, and a Certified State Mine Inspector. I am also certified by the state of West Virginia as a West Virginia Certified Mine Foreman. I am an Emergency Medical Technician (EMT), Mine Emergency Technician (MET), Certified Shot Firer, Certified Dust Sampler, and Certified Electrician for High, Low and Medium Voltages for underground and surface mining.

4.  I am very familiar with the roof conditions at the Freedom Energy No. 1 mine. I regularly inspect unintentional roof falls at this mine as well as personally perform inspections and evaluate roof conditions underground.

5.  Roof control is the mining term which describes a prescribed approved means for supporting the layers of rock above the coal seam. These upper rock layers are commonly referred to as overburden. Freedom uses a room and pillar mining method. Under this method, the roof is supported by the creation of a beam of strata through the use of roof bolts and supported by pillars. The pillars are blocks of coal of predetermined size that bear the weight of the strata, or overburden, above the mine roof and are an intergral part of roof control. The weight of the overburden is transferred to the ground below the mine floor through the coal pillars. Pillars must be maintained at maximum distances to sufficiently transfer the weight of the coal. If the pillar is too small the pressure from the mine roof could cause the coal in the pillar to burst out (coal burst) or the roof to fall.

6. Most mines use roof bolts to support the immediate overburden span created by the mined entries. Freedom Energy Mine No. 1 uses torque tension roof bolts. A fully grouted resin and torque tension roof bolt is a piece of steel of a prescribed length that is placed in a pre-drilled hole in the roof and held in place by a plate and nut. The bolt is effective only when the plate is flush against the mine roof under torque (tension). Roof bolts are drilled up into the strata above the mine roof and suspend or bond the layers of strata together in a solid beam.

7. The roof control plan sets out the minimum requirements for roof support in the mine. This includes the pattern for installation of roof bolts, the minimum length and types of bolts and the conditions under which these bolts are required, the torque (tension) required to the bolts if any, and if the bolt requires any resin (which is the glue used to anchor the bolt into the rock strata). The plan also shows any special types of roof support that may be required in certain conditions. Some examples of special roof support include cable bolts, large bearing plates, pizza pans, metal straps, screw and stand jacks or props, mesh screen, timbers, and cribs. Cribs are made of pieces of wood stacked in a square which reach from mine floor to roof. Cable bolts are multi-stranded wires anchored into the mine roof. Cable bolts are used because the flexible cable can be bent and thus the bolt length can exceed the height of the mine roof. Cable bolts suspend the beam formed by the primary support (roof bolts) and reduce the potential for roof failure. Pizza pans are large circular plates that hold up loose immediate roof strata between roof bolts. This loose rock in the immediate roof, which consists of soft slate or shale from approximately 1 cm to 10 cm thick, is called draw rock. Draw rock falls quite easily when the roof support begins to fail.

8. Operators must develop and follow an approved roof control plan. Roof control plans are written for the individual mine, the makeup of the overburden, and the areas where it is most critical to maintain the roof in the mine. Each operator must submit a plan and comply with it as a minimum, which is sufficient for the upkeep of the roof as it then exists and for development of the roof during continued mining. The roof control plan also contains specifics about the widths of entries, size of pillars and mining sequence as the mine is developed or as retreat mining occurs. The plan is reviewed by specialists at MSHA to determine whether the details of the individual plan will be sufficient to maintain the roof. After this review, the plan is approved by the District Manager if he or she determines that the plan is sufficient.

9. Roof conditions are constantly checked on the working section, in air courses, around sealed worked out areas of the mine, and in other places where miners work. Test holes are drilled through the overburden to check for laminated surfaces, slippage, cracks and other geological features not detected in the immediate roof. The mine examiners, including the section foremen, are responsible for checking the roof conditions above the coal seam through these test holes. Test holes are examined by use of a metal tape or scope inserted in the hole. If there is separation in the strata, the tape will catch. The separation is visualized by use of the stratascope used much like a periscope. If the roof condition has deteriorated or if they detect any geological formation known to cause roof falls or failure, the operator is obligated to prohibit travel in an area with the unsafe roof conditions and to provide adequate supplemental support.

10. Test holes therefore show whether the beam formed by the roof bolts is failing. In early stages of beam failure, the test hole will show separation at the top of the beam

area, for instance at the top of the roof bolts. As the roof deteriorates, the test holes will show separations at several levels in the immediate roof, for instance at 2, 3 and 4 feet, as well as at the top of the bolt. Before immediate roof failure, cutters will appear on the surface indicating that the roof failure is imminent. A cutter is a break in the coal or rock formed by pressure from the failure of the beam. The separations can be found in test holes before the fall occurs. At Freedom, MSHA often finds in roof fall investigations that the test holes have various layers of separation. Based on my training and prior mining experience, I know that the separations can be detected and are present before the roof falls. An examiner who is performing an adequate examination will see the impending failure of the support beam through the use of the test hole and the development of cutters in the mine roof.

**THE ROOF AT FREEDOM ENERGY MINE NO. 1**

11. The Freedom Energy No. 1 mine is located in the Pond Creek coal seam in Pike County, Kentucky. The Pond Creek seam has a number of geological features which create hazards relating to the mine roof conditions. In this seam, draw rock, which is loose immediate rock, falls out like shuffling the leaves of pages in a book or stacks of cards because of the way that the strata were formed. This presents two dangers. First, draw rock present in areas where miners work or travel, can easily fall or hit a miner traveling by. Second, falling draw rock presents a potential ignition source for the high levels of methane by sparking upon impact with another hard surface such as a rock on the mine floor or electrical equipment.

12. The Freedom mine No. 1 started in the mid 1970s. During the first decade that this mine was open, operators used fully grouted resin roof bolts which were 4-6 feet in length. The bolts create a tension to the immediate roof with consolidated layers of burden above. In mines with solid overburden that lies parallel to the coal seam, these bolts are sufficient

to hold up the mine roof. However, the bolts were not successful in maintaining a roof that has a number of cracks, faults or laminated layers.

13. The Freedom Energy mine No. 1 has an overburden that lies horizontally to the coal seam and often falls out between the roof bolts. The older parts of the Freedom mine still contain resin fully grouted bolts.

14. The roof at this mine also has deteriorated because of its age. Constant ventilation dries out the rock strata. Changes in temperature through the seasons with freezing, drying out, and thawing loosen the rock. Every mine roof is affected as it ages. The entries and travel ways in much of this mine were initially cut out more than 30 years ago. Other mines of a similar age in this seam no longer use these older sections as regular travel ways and escape ways, but Freedom does. Also, other operations in the Pond Creek seam have re-supported many large areas of similar age that are still in use. In contrast, Freedom has not taken the steps necessary to support the mine roof on a daily basis. Large areas of the mine are affected by draw rock. This leaves the bottom section of the roof bolts (up to a foot or more in some cases) hanging without contact with the rock strata above. The bolt no longer supports the roof when the roof bolt plate is not under torque or firm against the immediate mine roof.

15. In the past, I have found persons working under unsupported roof at the Freedom Energy No. 1 mine. These individuals were re-bolting where a roof fall occurred on the track without any temporary roof support. It is illegal for miners to be under unsupported roof.

16. MSHA has found that Freedom management failed to keep and provide adequate roof control supplies such as timber and roof bolts on the section and at other locations required by law. The regulations require storage of this material in these locations so that anyone who needs to support bad roof conditions in emergencies will have readily available

materials at their disposal. In a mine with many roof problems, proper storage of emergency roof supplies is critical.

17. MSHA inspectors frequently find that Freedom fails to comply with the approved roof control plan. Examples of this noncompliance include improper roof bolt spacing, broken or sheered roof bolts, draw rock, no test holes, unsupported leaning loose ribs adjacent to the track, cracked or sloughing unsupported ribs, separation of immediate roof, deep cuts on the working section, and mining excessive widths of mine entries. Each of these conditions contributes to the danger of injury from roof falls or rib collapse.

**RECENT MINE ROOF CONDITIONS**

18. Recent roof falls are large and occur both on active mining sections and in areas where miners are required to travel for weekly examinations. A recent audit for unreported accidents at this mine revealed that a number of miners have been hit and injured by falling draw rock. Falling draw rock has the potential to cause permanently disabling injuries or even death. Roof falls and other roof hazards are the number one cause of death historically in the mining industry. The first injury sustained by a miner in 2010 was on January 18, 2010. A miner was scaling roof on an intake entry when a piece of roof fell, knocking him to the floor.

19. Based on my mining experience and training, I know that the conditions cited at Freedom can be seen by a mine examiner during an on-shift or weekly examination This examiner is responsible for finding these hazards, reporting them, and seeing that the hazards are corrected in a timely fashion.

20. Five roof falls occurred during August and September 2010. An additional fall occurred in October 2010. Four of the falls were reported to MSHA. Freedom Energy was required by law to report all six falls because they occurred above the anchorage

zone. The anchor zone is defined as the area of the roof where the roof bolt is secured. For a resin bolt, this extends the entire distance of the bolt. For a torque bolt, it is at the top of the bolt. Three of the four reported falls occurred in outer areas of the mine where examiners regularly travel, and one other reported fall occurred at the feeder on the 002 working section during a working shift.

21. On Wednesday, August 11, 2010, at 11 am during a working shift, an area of roof fell in the number seven entry in the 1st Northeast Submains in the primary intake escapeway for the examiner who checks the seals(attachment accident investigation data event number 4198278). This fall spanned a distance of 240 feet in length from the No. 32 crosscut to the No. 35 crosscut. The fall covered the entire 19 feet width of the entry and 7 feet thick. The roof had been supported by 60" fully grouted roof bolts before the fall. This area is examined weekly. Miners attempting to escape from a mine emergency are trained to exit by way of the primary or secondary escapeway.

22. On September 11, 2010 at 11:57 pm, the mine roof fell over the feeder and shuttle cars on the 001 section (attachment accident investigation data event number 4197973). This section operated two shifts on September 11, 2010. The second shift had to leave the mine during the working shift because of a power outage. When the power went off, the mine fan ceased operating. The operator is required to evacuate the mine when the mine fan has been off for more than 15 minutes. Miners left the mine in a timely fashion. When the miners returned to the section, they discovered that a roof fall occurred over the feeder and the two shuttle cars parked near the feeder. The fall was 40 feet long and covered the width of the belt entry. The rock that fell was approximately 8 feet thick.

23. Freedom was cited during an impact inspection on September 2, 2010, for poor roof conditions on the 002 section over the feeder (Citation No. 8250126). This was within 800 feet of the September 11, 2010, roof fall. The conditions cited on September 2, 2010, during an impact inspection were substantially similar to those that caused the September 11, 2010, fall in the adjacent area. But for the evacuation of the mine on September 11, 2010, miners would most likely have been entrapped, severely injured or killed by the fall that night.

24. MSHA issued a verbal 103(j) order (30 U.S.C. 803(j)) to preserve the accident scene, which was converted to a 103(k) (30 U.S.C. 803(k)) order when MSHA personnel first arrived at the mine. The "k" order restricted activities in the area where the roof fall occurred.

25. On September 12, 2010, Ricky Runyon went to the mine and began an investigation of the rock fall. Other MSHA inspectors were present as well. When we arrived at the section, we could hear the rock in the overburden in the roof moving (which is commonly referred to as working). This indicates instability. A visible separation of the rock strata (cutter) was present in the direction away from the working section.

26. Ricky Runyon, an MSHA roof control specialist, checked test holes with a tape for roof separation and found that the overburden was separated 24" above the mine roof in the test hole located one crosscut outby the fall and 30" above the mine roof at the test hole one crosscut inby the fall location. Outby means in the direction away from the working section, and inby means in the direction toward the working section.

27. While I was on the section, an additional 40 feet of rock fell over the beltline. This fall was an extension of the original fall. The operator had to cut out additional overburden over the belt in order to support the area correctly. Miners are constantly working at

the feeder during the production shift. While the shuttle cars in this area have canopies, the size and weight of the rock fall was so large that the canopy possibly would not likely remain intact. Canopies over the driver's seat in shuttle cars do not have any windows or protective glass, so any slabs which broke off of the fall could easily come through into the driver's area. There are many examples of similar fatalities. The shuttle cars were not parked against the feeder when the miners left the section.

        28.      On September 13, 2010, MSHA personnel examined the test holes with a stratascope and found that the overburden consisted of a sandstone shale mix at the 6-8 foot level above the mine roof and then a layer of shale with a dark grey shale streak at the 4 foot level. There was a band of stack rock present at the 3 foot level and laminated shale from 3 foot to the mine roof. Stack rock is rock that is highly laminated, paper sheet thickness strata, sandstone and shale mix. It has a tendency to fall much like a deck of cards or book pages when the coal seam is removed from underneath it. Stacker rock is a major problem in the Pond Coal Seam and is responsible for many of the large roof falls in the Freedom Energy mine No. 1. Laminated roof is also a major concern for roof stability. It is very difficult to support overburden with a laminated slick surface. Based on my experience and training, I know that the laminated separations in the mine roof visualized after the fall were present before the fall, and would have been detected upon examination of the test hole during the on-shift examination of the working section. During the discussions concerning this fall, Ricky Runyon informed J J Pinson, mine superintendent, that due to the number of roof falls at this mine, MSHA would be seeking enhanced enforcement on all falls until the operator showed that the roof falls were under control.

29. On September 22, 2010, at 2:32 pm, a roof fall occurred in the intake split for the second northwest parallel mains. The fall started in the number two entry and extended into the number six entry and measured 20 feet wide by 240 feet long by 8 feet thick. A miner travels in this area weekly as a part of the ventilation examination of the intake airways. The fall limited access to this intake to the number seven entry. If the examiner had been in the area he or she was likely to have been killed due to the size of the fall.

30. Most recently on October 18, 2010, there was a roof fall on the section belt leading to the 010 section. This belt is examined once a shift when coal is produced, when coal is being transported on the belt, or when persons are assigned to work in the area of the belt. The fall was discovered by the section foreman when the crew was on the way to the working section. The foreman noted that there was slack in the belt and that the belt was shut off and began investigating the cause. He then found that a section of roof 40 feet long that covered almost the entire width of the entry had fallen on the belt. This was in an area where three other falls had occurred. MSHA found that the strata above the mine roof was separated in three locations and a crack ran down the left rib in the entry. The condition of the mine roof was poor and was obvious to anyone performing an adequate examination for roof control. MSHA determined that the condition was the result of management's unwarrantable failure to maintain the roof in the mine.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 2nd day of November 2010.

*DARRELL HURLEY*

Coal Mine Roof Control Specialist
Mine Safety and Health Administration
United States Department of Labor
Pikeville, Kentucky