UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

    Plaintiff

v.                  Civil Action No. _____

FREEDOM ENERGY MINING COMPANY
&
SIDNEY COAL COMPANY, INC., d/b/a
FREEDOM ENERGY COAL COMPANY

    Defendants

## DECLARATION OF STEVIE JUSTICE

1. I am the Health Supervisor for District 6, Federal Mine Safety and Health Administration (MSHA). I have worked at MSHA since 1992. I worked as a regular coal mine inspector, field office supervisor, and accident investigator. My current job title is Health Super-visor for District 6, Pikeville, Kentucky. I also currently serve as the District 6 mine rescue coordinator. I served as a member of MSHA's national mine rescue team. During my term on the team, I worked in mine rescue and recovery at mine disasters including the mine fires at Oxbow (01/1999), Loveridge Number 22 mine (06/1999), and Pinnacle (08/2003) and the mine explosions at Willow Creek (07/2000), and Jim Waller Resources (09/2001,). I have served a volunteer fireman and completed a fire arson class. I am a former diesel coordinator as well.

2. I am certified in dust and noise testing underground and I hold an underground mine electrician card. I am a certified mine foreman and a shot firer. I worked in

and around the coal mines for 18 years in industry prior to my employment with MSHA. I have held most underground mining positions including equipment operator of most equipment used in coal mine production on the section, trackman, mine foreman, maintenance, chief electrican and mine superintendent.

3. Bituminous coal mines are required to have an approved plan for ventilating the mine. Each plan sets out the required method for moving air through the mine. Air is either pushed or pulled through the mine by use of mine fans. In either event, the air entering the mine is called intake air, and air exiting the mine that has traveled by places where coal is cut, is called return air. Mine ventilation provides clean air for breathing for miners at the working section and sweeps noxious gases and dust out of the mine. The proper ventilation of coal mines is necessary both for the health of the miners underground and the prevention of mine fires and explosions.

4. All coal mines are capable of liberating methane. Methane is a potentially explosive gas formed naturally from the decay of vegetative matter, similar to that which formed coal. Methane is frequently encountered in underground coal mining operations and is kept within safe limits through the use of extensive mine ventilation systems. Methane is only explosive when the concentrations range between 5 and 15 percent and when sufficient oxygen is present in the atmosphere. Excessive amounts of methane have been responsible for a number of major mine accidents in the past including an explosion in Kentucky at the Pyro Mining William Station mine on September 13, 1989 (10 men killed).

5. Ventilation is necessary to maintain sufficient oxygen in the mine. Mines with insufficient levels of oxygen may develop black damp, which is the presence of carbon dioxide and nitrogen. Black damp also represents an atmosphere depleted of oxygen. Black

damp results in rapid death of miners and cannot be seen or detected without the use of a multi-gas detector.

6. On April 4, 1978, at Clinchfield Coal Company located in Duty, Virginia, an inrush of blackdamp into the mine caused the death of two miners working on the production section and three other persons including MSHA supervisors who were attempting rescue efforts. Those attempting rescue saw that persons had collapsed but were unaware of the danger present in front of them because the black damp was undetectable.

**FREEDOM ENERGY MINE NUMBER 1**

7. Freedom liberates a high amount of methane. During the first part of 2010, MSHA measured 1,800,000 cubic feet of methane in a 24 hour period at the mine fan. Because of this, basic maintenance of mine ventilation is critical to maintain safety in the mine. Freedom has one of the highest rates of methane liberation in District 6.

8. On February 10, 2010, I was at the Freedom Energy Number 1 mine with two other inspectors demonstrating some new equipment. We traveled underground to the 002 working section which was what is referred to as a modified super section. Section 002 had two continuous miners, a machine that constantly extracts coal while it loads it. Each continuous miner operating underground at a bituminous coal mine is required to be ventilated by air that has not yet passed over any other location where coal is being cut such as another continuous miner or a longwall. This is what is termed a separate split of air. On a regular super section, there area two splits of air that enters the section. On a modified super section, there is only one such split of air for two miners, and the miners alternate cutting coal.

9. When we arrived on the section, I traveled to the number four entry. There are two miners on this section. The section entries were numbered from left to right if you face the uncut coal (face). The left side continuous miner was sitting in the number four entry but was not yet mining coal. I approached the left side continuous miner operator and began talking to him about a new device MSHA is demonstrating for taking respirable dust samples.

10. Fellow Coal Mine Inspector Specialists Danny Pack and David Steffey were with me at the 002 section. Steffey traveled to the right hand miner that was sitting in the number seven entry where it had just completed a cut of coal. The miner operator was changing the drill bits in the miner head at the time that Steffey approached him. Pack was on what is called an imminent danger run (IM run) across the section. The purpose of the IM run is to determine if any conditions exist on the section that present an imminent danger to those working there. MSHA inspectors regularly perform an IM run before performing any other work on the section. Items checked during an IM run include air velocity, air quality, roof conditions, and general observation for hazards in each entry of the working section.

11. Steffey completed his discussion with the right side miner operator and came across to my location at the Number four entry. After he arrived in the crosscut by the Number four entry, Pack entered the Number five entry.

12. There was a ventilation curtain hanging in the Number five entry into the cross cut. This mine's ventilation system requires that every entry including those where no mining is taking place have curtains hung into the crosscut to ventilate the otherwise dead end areas. The curtain was not hung properly so that air was not being directed to the right place to provide adequate ventilation.

13. Pack was carrying a Solaris multi-gas detector. This gives a continuous readout of the methane levels in the air around the detector's sniffer. The maximum reading on the monitor is 5 per cent methane. At 5 per cent, methane is explosive if it has sufficient oxygen.

14. When Pack entered the number five entry, the alarm on his monitor started sounding. Steffey heard the alarm and ran to join Pack. Pack's monitor read the five per cent maximum readout for methane when he stepped into the entry. Steffey and Pack took a bottle sample of the air in the entry. Then the inspectors and Freedom managers checked the line curtain and found that it was not hung correctly into the intersection. The curtain was re-hung and the entry was ventilated thus clearing the methane. The inspectors issued an imminent danger order under section 107(a) for this condition.

15. The lab results for the sample taken in this entry showed 13 per cent methane with 18.10 per cent oxygen. This mixture is highly volatile and is highly likely to explode. The mixture of methane/oxygen in the entry ranged from 5 per cent to 13 per cent. The most volatile mixture of methane and oxygen occurs at 10-11 per cent methane. Based on the readings taken in the entry, based on my experience and training in mine rescue and in mine safety, I know that at some point the mixture of air present in the number five entry on February 4, 2010 measured in this most volatile range.

16. There were a number of potential ignition sources present at the working face of the section on that day. The mine roof contains shale and sandstone and some quartz level. The roof can spark when the drill bits hit the rock. In addition, this operator has a history of electrical issues including problems with cables and impermissible equipment. We did not check for these on February 4, 2010 during our inspection.

17. Based on my experience and training, It is my belief that the levels of methane that occurred on February 4, 2010 may occur at any time in this mine if the operator does not pay close attention to ventilation issues. If the methane reaches explosive levels even occasionally, there is grave risk of an explosion to the miners working at the mine.

18. In addition to the safety concerns relating to ventilation, there are major health risks to miners who work in inadequate ventilation. Respirable coal mine dust can cause lung diseases such as coal workers pneumoconiosis (CWP), emphysema, silicosis, and bronchitis—known collectively as black lung. Black lung can lead to lung impairment, permanent disability, and even death. Studies conducted by the National Institute for Occupational Safety and Health (NIOSH) and MSHA in 2005, 2006, 2007 of chest x-ray surveillance by NIOSH indicated that the prevalence rate of CWP is increasing in the nation's coal mines. MSHA requires the use of scrubbers on continuous miners as an engineering control to limit dust exposure at the working face. Scrubbers remove dust including respirable dust from the mine atmosphere. The scrubber only functions correctly if it has sufficient ventilation in the entry. Where there is insufficient ventilation, the miners working in the entry will breath more respirable dust and be subjected to a higher risk of developing black lung disease. In addition to the safety concerns relating to ventilation, there are major health risks to miners who work in inadequate ventilation. Respirable coal mine dust can cause lung diseases such as coal workers pneumoconiosis (CWP), emphysema, silicosis, and bronchitis—known collectively as black lung. Black lung can lead to lung impairment, permanent disability, and even death. Studies conducted by the National Institute for Occupational Safety and Health (NIOSH) and MSHA in 2005, 2006, 2007 of chest x-ray surveillance by NIOSH indicated that the prevalence rate of CWP is increasing in the nation's coal mines. MSHA requires the use of scrubbers on

continuous miners as an engineering control to limit dust exposure at the working face. Scrubbers remove dust including respirable dust from the mine atmosphere. The scrubber only functions correctly if it has sufficient ventilation in the entry. Where there is insufficient ventilation, the miners working in the entry will breath more respirable dust and be subjected to a higher risk of developing black lung disease

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 2nd day of November 2010.

STEVIE JUSTICE
Health supervisor,
Mine Safety and Health Administration
United States Department of Labor
Pikeville, Kentucky