UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No. 10-132 ART : |
| FREEDOM ENERGY MINING COMPANY, and SIDNEY COAL COMPANY, INC.  d/b/a FREEDOM ENERGY MINING COMPANY, | : : : : : |
| Defendants. | : : |

## EXPERT WITNESS LIST

The Secretary may call individuals who are employees of the Federal Mine Safety and Health Administration with expertise in mining, mine management, and various aspects of mine safety and health. These individuals will present testimony that is factual and in the nature of expert testimony relating to the issues of pattern of violation, continuing hazard, and concerns surrounding the enforcement issues presented at Freedom Energy Mine Number One. These potential experts include the following individuals:

### David Ison

Mr. Ison is employed by the Federal Mine Safety and Health Administration as a field office supervisor. He served as the Acting Assistant District Manager for District 6, Pikeville Kentucky during periods relevant to this case. He began work for MSHA in January 1989 and has served as a coal mine inspector, ventilation specialist, accident investigator, and field office supervisor. Mr. Ison holds a BS in Civil Engineering awarded in May 1977 from the University of Kentucky and is a certified Professional Engineer, a Kentucky licensed Land

Surveyor, and a Mine Rescue judge. He is a certified underground and surface foreman in Kentucky.

Prior to his employment with MSHA, he worked for Leeco Coal Company from March 1987 to October 1988 as mine superintendent; for Golden Oak Mining Company from April 1985 to November 1986 as mine superintendent, from November 1983 to April 1985 as mine foreman, February 1982 to November 1983 as Mine Superintendent; and for Blue Diamond Mining, Inc. from June 1981 to March 1982 as section mine foreman and from March 1978 to June 1981 as project engineer, from June 1977 to March 1978 as a transitman for Southeast Coal Company and from 1973 to 1977 part-time transit man for Scotia Coal Company.

### Danny Deel

Mr. Deel held a variety of jobs in the mining industry prior to his employment with MSHA. For 28 years, he worked at Virginia Pocahontas Mine #3 for Island Creek Coal Company in various positions, including Section Foreman, General Foreman, and Assistant General Mine Foreman. He served on the mine rescue team at Island Creek for 26 years and for a number of those years he was team captain and/or trainer. While he was team captain, the mine rescue team won the national mine rescue championship in 1995. He is currently certified as an instructor for underground and surface mining and mine rescue. He has held certifications as a mine foreman in Virginia and as an advance Emergency Medical Technician. Mr. Deel began work with MSHA in 1999 and has held positions as an Inspector, Conference and Litigation Representative, and Supervisor and served as acting Assistant District Manager. Mr. Deel assisted in a number of mine emergency and critical recovery efforts while serving on the mine rescue team including recovery of the Oakwood Mine after an explosion and assisted fighting eight to ten mine fires, and the opening and recovery of previously sealed areas at Island

Creek mines. While working in the mining industry, Mr. Deel performed mine equipment recovery during a mine closure similar to that now underway at Defendant's mine.

### Darrell Hurley

Mr. Hurley held a variety of jobs in the mining industry from November 1970 to November 1999 including engineering department rod man, general inside laborer, shuttle car operator, foreman, and superintendent. He is currently employed as a roof control specialist with MSHA. He has also worked as a coal mine inspector and health specialist. He is a trained accident investigator. He is a certified assistant mine foreman, surface mine foreman, underground mine foreman, and state mine inspector in the state of Kentucky. He is also certified as a mine foreman in West Virginia. He is an Emergency Medical Technician (EMT), Mine Emergency Technician (MET), Certified Shot Firer, Certified Dust Sampler, and Certified Electrician for High, Low and Medium Voltages for underground and surface mining.

### Terry Mike Jude

Mr. Jude has worked for MSHA since October 2006 and is currently a ventilation specialist and special investigator for the Agency. He was previously employed by Massey Coal Services from December 2004 until October 2006 as an industrial engineer. During this employment, he performed safety inspection evaluations/time studies at 20 or more mines owned and operated by Massey and its subsidiaries. He is trained in Massey procedures relating to safety (S1), and production methods (P2). He is a certified Mine Emergency Technician (MET).

While working for Massey he provided assistance with its mine rescue team exercises including design and implementation of training and duties relating to various positions on the mine rescue team. He participated in the mine rescue and recovery operations at the Massey Energy Aracoma Alma fire and participated in the rescue of two individuals at the Mammoth No. 15 mine. In his position at MSHA, he regularly reviews mine plans relating to

basic ventilation, emergency response, and seal construction, maintenance and other seal related issues. He works as a field judge in mine rescue contests. He has completed various training courses during his employment with MSHA including leadership development training, and has partially completed training for special investigator credentials.

### Robert Bates

Mr. Bates currently is the supervisor for electrical inspectors in District 6 Pikeville Kentucky. He is a graduate of the University of Louisville with a degree in Electrical Engineering. He has worked as an electrical specialist and as a conference and litigation specialist. Mr. Bates has investigated a number of fatal accidents and participates in national mine rescue contests.

### Saul Akers

Mr. Akers worked as a coal miner and currently is employed by MSHA. He is a coal mine inspector and has worked in various positions with MSHA as well as in the mining industry. He started with MSHA in 1993. Mr. Akers is currently a roof control specialist. He has worked as a safety director and section boss in West Virginia and Kentucky.

### Dwight Bostic

Mr. Bostic worked for Massey Energy in various positions including chief electrician before coming to work with MSHA in October 2005. He currently works as an electrical specialist.

### Randy Newsome

Mr. Newsome has 21 years coal mining experience, 13 of which was related to underground mining. He is a graduate of the University of Kentucky in 1989 with a BS degree. He has held a variety of positions in mining from general laborer to Project Engineer for coal preparation during the years from 1989 to 2003. From 1997 to 2003, he worked for Massey

4

Energy in the management training program as an underground foreman and mining engineer. He started with MSHA in 2003 where he is employed as a mining engineer specializing in ventilation related issues.

### Noah Rose

Mr. Rose has 25 years of employment in the coal mine industry prior to coming to work for MSHA. His last coal mine employment was with Massey Energy in the Sidney Division's Clean Energy mine. He was maintenance chief there from 1994 through 2003. He is currently employed as an electrical specialist for MSHA.

### William Michael Sergent

Mr. Sergent currently serves as Acting Subdistrict manager for District 6 in Pikeville KY. He has worked in various positions with MSHA including Field Office Supervisor, coal mine inspector, staff assistant, and ventilation supervisor. Mr. Sergent has 25 years of coal mine employment in and around Eastern Kentucky including work as a mine superintendent, general mine foreman, longwall coordinator, section foreman, and shift foreman. He served as a rear captain on a company mine rescue team. He currently judges mine rescue contests and served as chairman of a team of judges in the National Coal Mine Rescue contest in 2009. He is a certified mine foreman in the states of Kentucky and certified dust sampler, and limited trainer.

### Vicki Mullins

Ms. Mullins is currently employed as a conference and litigation officer for MSHA. She has worked in a number of positions relating to mining including Physical Science technician, coal mine inspector, education and training specialist, SCSR coordinator, and served as a member of MSHA's national mine rescue team. She worked in the mine recovery efforts at the Willow Creek and Oxbow mine fires. She was the agency's first responder at the Aracoma

5

mine fire in 2006 and is familiar with mine rescue and recovery actions. She also serves as a judge in mine rescue contests both on the national and regional levels.

                Respectfully submitted,

                M. PATRICIA SMITH
                Solicitor of Labor

                STANLEY E. KEEN
                Regional Solicitor

                THERESA BALL
                Associate Regional Solicitor

                /s/  Mary Sue Taylor
                MARY SUE TAYLOR
                Trial Attorney

                Office of the Solicitor
                U. S. Department of Labor
                618 Church Street, Suite 230
                Nashville, Tennessee 37215-2862
                Phone:  (615) 781-5330 ext. 225
                Fax: (615) 781-5321
                E-mail:   nash.fedcourt@dol.gov
                            Taylor.Mary@dol.gov

                HEIDI W. STRASSLER
                Associate Solicitor for
                Mine Safety and Health

                THOMAS A. PAIGE
                KEITH E. BELL
                Co-Counsels for Trial Litigation

                /s/    Joshua P. Falk
                JOSHUA P. FALK
                Trial Attorney

                U.S. Department of Labor
                Office of the Solicitor
                Mine Safety & Health Division
                1100 Wilson Blvd, 22nd Floor
                Arlington, Virginia 22209-2296
                Email: falk.joshua@dol.gov

                Attorneys for the Secretary