UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM ENERGY MINING CO., and SIDNEY COAL CO., INC., <br><br> Defendants. | Civil Action No. 10-132-ART |

**DEFENDANTS' WITNESS LIST AND SYNOPSIS OF ANTICIPATED TESTIMONY**

Pursuant to the Minute Order of this Court of December 17, 2010 (R. 44), Defendants Freedom Energy Mining Company and Sidney Coal Company, Inc., collectively "Freedom Energy," file this proposed witness list and synopsis of anticipated testimony.

**1. Charles Bearse, President of Sidney Coal Company.**

Mr. Bearse will testify about his background, including his education, experience, current position and responsibilities, and his state certifications for various coal mining supervisory positions. He will provide the Court with an overview of the physical layout of Mine No. 1 and the operations there since July 1, 2008. Mr. Bearse will testify about the compliance history at that mine, and explain why that history is largely unrelated to the work connected with removal of equipment from the mine. Mr. Bearse will also testify about the safety culture at the No. 1 Mine and how it has minimized injuries and prevented fatalities entirely.

### 2. Kenneth P Katen, P.E., Mine Safety Expert.

Mr. Katen will testify about his education, experience, publications and knowledge of federal regulation of safety and health for miners in underground coal mines. He will explain his knowledge of Mine No. 1 and its operations and provide expert analysis of the mine's compliance history. Based on his experience working in underground coal mines engaged in removing equipment and his knowledge of the mine's current operations and safety measures he will give his opinion about the safety of the miners during the equipment removal process.

### 3. Kevin Varney, General Manager, Sidney Coal Company.

Mr. Varney will testify about his background, including his education, experience, current position and responsibilities. Mr. Varney will explain the current removal operations and the anticipated timetable for completing those operations. He will also testify about actions taken at Mine No. 1 over the past year to bolster the mine's safety and health program, and the nature of the removal operations, including the safety precautions taken at the mine to help lower the safety and health risks associated with those operations.

### 4. Steve Endicott, Safety Director, Sidney Coal Company.

Mr. Endicott will testify about his background, including his education, experience, current position and responsibilities, and his state certifications for various coal mining supervisory positions. Mr. Endicott will explain how Mine No. 1 tracks safety and health inspections and any resulting citations and orders; how Mine No. 1 has responded to MSHA's notice of potential pattern of violations issued on November 19, 2010; and the corrective plan

Mine No. 1 has already implemented specifically for purposes of achieving increased compliance and, ultimately, avoiding being placed on a pattern of violations.

### 5. **James J. Pinson, Mine Superintendent, Mine No. 1, Freedom Energy Mining Company.**

Mr. Pinson will testify about his background, including his education, experience, current position and responsibilities, and his state certifications for various coal mining supervisory positions. He will explain the current operations at the mine and provide information about the violations alleged by MSHA from July 1, 2008 to October 31, 2010. He will explain why about 45% of the violations issued during that period are not final. Mr. Pinson will testify about the sequence of the removal work at the mine and the schedule for its completion. He will also testify about the safety plans and measures in effect to protect the miners who are working to remove equipment.

### 6. **Ronald Finley, miner, Mine No. 1, Freedom Energy Mining Company.**

### 7. **Claude Bartley, miner, Mine No. 1, Freedom Energy Mining Company.**

### 8. **Mark Bogar, miner, Mine No. 1, Freedom Energy Mining Company.**

Messrs. Finley, Bartley and Bogar will testify about their personal work experiences at Mine No. 1 from a safety and health point of view, including their training, their right to raise safety concerns with management, and their personal views of the safety culture at Mine No. 1.

Defendants respectfully request that they be permitted to call these or other witnesses who may be necessary to rebut testimony or other evidence propounded by Plaintiff.

> Respectfully submitted,
> /s/ David L. Baird
> Charles J. Baird
> David L. Baird
> Baird & Baird, P.S.C.
> P.O. Box 351
> Pikeville, Kentucky  41502
> (606) 437-6276
>
> Timothy M. Biddle, D.C. Bar #89284
> Thomas C. Means, D.C. Bar #254318
> Daniel W. Wolff, D.C. Bar #486733
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C.  20004-2595
> Phone:  202-624-2500
>
> *Attorneys for Defendants*

Dated: January 3, 2011

## CERTIFICATE OF SERVICE

This shall certify that on the 3rd day of January, 2011, the foregoing was electronically filed with the Clerk of the United States District Court by using the CM/ECF system with all counsel of record receiving notice of the electronic filing pursuant to the Court's General Order 05-03.

> /s/ David L. Baird
> David L. Baird

Dated: January 3, 2011