UNITED STATES DISTRICT COURT

FOR THE EASTERN DISRICT OF Kentucky

SOUTHERN DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-132-ART |
| | ) | |
| | ) | |
| Sidney Coal Company, Inc. d/b/a<br>Freedom Energy Mining Company | ) | |
| | ) | |
| | ) | **(Injunctive Relief Sought)** |
| | ) | |
| Defendants. | ) | |

## Secretary's Witness Summary

The following are the list of the Secretary's anticipated witnesses with summaries of their anticipated testimony:

### David Ison

Mr. Ison is employed by the Federal Mine Safety and Health Administration as a field office supervisor. He served as the Acting Assistant District Manager for District 6, Pikeville Kentucky during periods relevant to this case. He began work for MSHA in January 1989 and has served as a coal mine inspector, ventilation specialist, and accident investigator and field office supervisor. Mr. Ison holds a B.S. in Civil Engineering awarded in May 1977 from the University of Kentucky and is a certified Professional Engineer, a Kentucky licensed Land Surveyor, and a Mine Rescue judge. He is a certified underground and surface foreman in Kentucky.

Prior to his employment with MSHA, he worked for Leeco Coal Company from March 1987 to October 1988 as mine superintendent. He then worked for Golden Oak Mining Company from April 1985 to November 1986 as mine superintendent, from November 1983 to April 1985 as mine foreman, and from February 1982 to November 1983 as Mine Superintendent. He worked for Blue Diamond Mining, Inc. from June 1981 to March 1982 as section mine foreman, from March 1978 to June 1981 as project engineer, from June 1977 to March 1978 as a transit man for Southeast Coal Company and from 1973 to 1977 part-time transit man for Scotia Coal Company.

Mr. Ison may testify concerning his experience in mining and what constitutes an adequate examination under the Mine Act, MSHA's attempts to work with Sidney officials, mine officials and Massey management concerning the ongoing violations at the Freedom Mine, his experience during an inspection of the mine in April 2010, his observations concerning mine conditions during that inspection, his review of official records relating to inspections and discussions with mine managers through the period, MSHA's participation in retraining in response to various violations cited, MSHA's series of meetings with defendants and their responses to various conditions, and MSHA's position that Freedom's past history presents a continuing hazard even in light of the changed activities at the mine.

**Danny Deel**

Mr. Deel held a variety of jobs in the mining industry prior to his employment with MSHA. For 28 years, he worked at Virginia Pocahontas Mine #3 for Island Creek Coal Company in various positions, including Section Foreman, General Foreman and Assistant General Mine Foreman. He served on the mine rescue team at

Island Creek for 26 years and for a number of those years he was team captain and/or trainer. While he was team captain, the mine rescue team won the national mine rescue championship in 1995. He is currently certified as an instructor for underground and surface mining and mine rescue. He has held certifications as a mine foreman in Virginia and as an advance Emergency Medical Technician. Mr. Deel began work with MSHA in 1999 and has held positions as an Inspector, Conference and Litigation Representative, and Supervisor and served as acting Assistant District Manager. Mr. Deel assisted in a number of mine emergency and critical recovery efforts while serving on the mine rescue team. This included recovery of the Oakwood mine after an explosion and assisting in fighting eight to ten mine fires, and the opening and recovery of previously sealed areas at Island Creek mines. While working in industry, Mr. Deel performed mine equipment recovery during a mine closure similar to that now underway at Defendants' mine.

Mr. Deel may testify concerning his knowledge of what constitutes adequate examinations and whether violations cited are the result of a pattern of inadequate exams, his knowledge of the underground workings, inspections, and other dealings with mine management from Freedom Energy Mine Number one, his prior experience in recovery of equipment and structure during the process of mine closures, the dangers and hazards involved in the handling of mine equipment during such closures, and his opinion concerning the existence of continuing hazards at the mine during the current work there.

**Darrell Hurley**

Mr. Hurley held a variety of jobs in the mining industry from November 1970 to November 1999 including engineering department rod man, general inside laborer, shuttle car operator, foreman, and superintendent. He is currently employed as a roof control specialist with MSHA. He has also worked as a coal mine inspector and health specialist. He is a trained accident investigator. He is a certified assistant Mine foreman, surface mine foreman, underground mine foreman, and state mine inspector in the state of Kentucky. He is also certified as a mine foreman in West Virginia. He is an Emergency Medical Technician (EMT), Mine Emergency Technician (MET), Certified Shot Firer, Certified Dust Sampler, and Certified Electrician for High, Low and Medium Voltages for underground and surface mining.

Mr. Hurley may testify concerning his education and training including his work in mine management. His testimony will include his experiences at Freedom Mine #1 during inspections and investigations of roof falls, his observations concerning the roof at the mine, his opinion concerning the likelihood of future roof falls at this mine, and the dangers presented by the current roof conditions in various parts of the mine. He will also be called to testify concerning the ability of the operator to anticipate future roof falls and the reason that the operator should know about potential falls.

**Terry Mike Jude**

Mr. Jude has worked for MSHA since October 2006 and is currently a ventilation specialist and special investigator for the Agency. He was previously employed by Massey Coal Services from December 2004 until October 2006 as an industrial engineer. During this employment, he performed safety inspection

evaluations/time studies at 20 or more mines owned and operated by Massey and its subsidiaries. He is trained in Massey procedures relating to safety (S1), and production methods (P2). He is a certified Mine Emergency Technician (MET).

While working for Massey he provided assistance with its mine rescue team exercises including design and implementation of training and duties relating to various positions on the mine rescue team. He participated in the mine rescue and recovery operations at the Massey Energy Aracoma Alma fire and participated in the rescue of two individuals at the Mammouth No. 15 mine. In his position at MSHA, he regularly reviews mine plans relating to basic ventilation, emergency response, and seal construction, maintenance and other seal related issues. He works as a field judge in mine rescue contests. He has completed various training courses during his employment with MSHA including leadership development training, and has partially completed training for special investigator credentials.

Mr. Jude may testify about his training and experience including his employment at Massey Energy, his knowledge of the operations at Freedom Energy mine #1, maintenance and examination practices at the Freedom Energy mine #1, the ventilation system at the Freedom Energy #1 mine, the effect of various violations and poor roof conditions on mine ventilation, the ongoing hazards at the mine despite the lack of production, the types of hazards presented by the current activities at the mine, and other details concerning safety and health at the mine.

**Dwight Bostic**

Mr. Bostic worked for Massey Energy in various positions including chief electrician before coming to work with MSHA in October 2005. He currently works as

an electrical specialist. Mr. Bostic may testify concerning his knowledge of the electrical violations during the period from October 1, 2008 to the present and how these violations are part of a pattern of violations. He will also testify concerning the dangers presented by electrical violations and the continuing hazards that exist at the mine during the process of removing major mine equipment.

**David Thacker**

Mr. Thacker is employed as a coal mine inspector in the Pikeville Kentucky MSHA office. He has 10 years of prior mining experience for McCoy Elkhorn Coal Company in face equipment operator positions. He has worked for over three years as an inspector for MSHA. He will testify that as recently as November 29, 2010, miners were employed at the Freedom Energy Mine # 1 as underground labor positions without proper task training, that the lack of training presented a continuing hazard to the miners, and that mine management were aware the miners were working in the labor positions.

**Vicki Mullins**

Ms. Mullins is currently employed as a conference and litigation officer for MSHA. She has worked in a number of positions relating to mining including Physical Science technician, coal mine inspector, education and training specialist, SCSR coordinator, and served as a member of MSHA's national mine rescue team. She worked in the mine recovery efforts at the Willow Creek and Oxbow mine fires. She was the agency's first responder at the Aracoma mine fire in 2006 and is familiar with mine rescue and recovery actions. She also serves as a judge in mine rescue contests both on the national and regional levels.

Ms. Mullins will testify concerning her review of the official mine file, the complete inspection record at Freedom Mine #1 for the period from October 1, 2008 through the present, the compilation of the material into calendar form, the compilation of the mine map with citation locations, and the map of Pike County Kentucky with locations of other mines.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

THERESA BALL
Associate Regional Solicitor

/s/  Mary Sue Taylor
MARY SUE TAYLOR
Trial Attorney

Office of the Solicitor
U. S. Department of Labor
618 Church Street,  Suite 230
Nashville, Tennessee      37215-2862
Phone:  (615) 781-5330     ext. 225
Fax: (615) 781-5321
E-mail:  nash.fedcourt@dol.gov
               Taylor.Mary@dol.gov

HEIDI W. STRASSLER
Associate Solicitor for
Mine Safety and Health

THOMAS A. PAIGE
KEITH E. BELL
Co-Counsels for Trial Litigation

/s/   Joshua P. Falk
JOSHUA P. FALK
Trial Attorney

7

U.S. Department of Labor
Office of the Solicitor
Mine Safety & Health Division
1100 Wilson Blvd, 22nd Floor
Arlington, Virginia 22209-2296
Email: falk.joshua@dol.gov
Attorneys for the Secretary