UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at PIKEVILLE)

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREEDOM ENERGY MINING CO., and ) <br> SIDNEY COAL COMPANY, ) <br> ) <br> Defendants. ) | Civil Action No. 10-132-ART <br><br> **MINUTE ENTRY ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court held a status hearing in preparation for tomorrow's motion hearing. Mary Sue Taylor and Joshua P. Falk represented the plaintiff. Timothy M. Biddle, Daniel W. Wolff, and Charles J. Baird represented the defendants. Joan Averdick was the court reporter. Mary Jane Younce was the courtroom deputy. It is **ORDERED** that the motion hearing will begin each day at **8:30 a.m.** Each party will designate one expert witness to sit in the courtroom during the hearing.

This the 4th day of January, 2011.

TIC: 1/00-Pikeville



Signed By:
*Amul R. Thapar*
United States District Judge