UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | Civil Action No. 10-132-ART |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MINUTE ENTRY ORDER** |
| FREEDOM ENERGY MINING CO., and ) | |
| SIDNEY COAL COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court held a hearing on the plaintiff's motion for a preliminary injunction. R. 2. Mary Sue Taylor and Joshua P. Falk represented the plaintiff. Timothy M. Biddle, Daniel W. Wolff, and Charles J. Baird represented the defendants. Joan Averdick was the court reporter. Mary Jane Younce was the courtroom deputy.

The parties notified the Court that they have settled. An agreed order is forthcoming. Accordingly, it is **ORDERED** that the pending motions, R. 2 and 56, are **DENIED AS MOOT**.

This the 5th day of January, 2011.



Signed By:
*Amul R. Thapar*  AT
United States District Judge

TIC: 10 Min.-Pikeville